# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv575

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Ex rel. [Under Seal], )<br> )<br>       Plaintiff-Relator, )<br> )<br>Vs. )<br> )<br>[Under Seal], )<br> )<br>       Defendants. )<br>_____ ) | **SEALED<br>ORDER** |

**THIS MATTER** is before the court on the United States' Motion to Partially Unseal Case. In accordance with 31, United States Code, Section 3703(b)(3), the government has shown that it needs leave to disclose the Complaint, Disclosure Statement, and all other relevant documents to various agencies of the State of North Carolina in furtherance of its investigation of the allegations of the relator. The government having shown good cause, and that the plaintiff-relator consents to the relief sought, the request will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the United States' Motion to Partially Unseal Case (#4) is **GRANTED,** and the government is granted leave to disclose the Complaint, other pertinent documents, and/or information to any agency of the State

of North Carolina that may assist in the investigation.

Signed: December 13, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff