# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:10cv575

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Ex rel. [Under Seal], ) | |
| ) | |
| **Plaintiff-Relator,** ) | |
| ) | **SEALED** |
| Vs. ) | **ORDER** |
| ) | |
| **[Under Seal],** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on Nicklas A. Akers's Motion for Special Admission Pursuant to Local Rule 83.1. For cause, Mr. Akers has shown that he is Deputy Attorney General for the People of the State of California and is a member in good standing with the Bar of the United States Court for the Northern District of California. The Local Civil Rules allow for such special admission of government counsel without the association of local counsel and without payment of an admission fee. Finding that DAG Akers has met all requirements, the request will be allowed.

-1-

**ORDER**

**IT IS, THEREFORE, ORDERED** that Nicklas A. Akers's Motion for Special Admission Pursuant to Local Rule 83.1 (#12) is **GRANTED,** and the Honorable Kamala D. Harris, Attorney General of the State of California, by and through Mr. Akers's, is **ADMITTED** to practice before the Bar of this court in this particular case, representing herein the interests of the State of California.

Signed: January 20, 2011

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff

-2-