# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:10cv575

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Ex rel. [Under Seal], | ) | |
| | ) | |
|        Plaintiff-Relator, | ) | **AMENDED** |
| | ) | **SEALED** |
| Vs. | ) | **ORDER** |
| | ) | |
| [Under Seal], | ) | |
| | ) | |
|        Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Thomas Teige Carroll's Motion for Special Admission Pursuant to Local Rule 83.1. For cause, Mr. Carroll has shown that he is an Assistant Attorney General for the State of New York and is a member in good standing with the Bar of the United States Court for the Southern District of New York and the Bar of the United States Court for the Eastern District of New York. The Local Civil Rules allow for such special admission of government counsel without the association of local counsel and without payment of an admission fee. Finding that AAG Carroll has met all requirements, the request will be allowed.

-1-

**ORDER**

**IT IS, THEREFORE, ORDERED** that Thomas Teige Carroll's Motion for Special Admission Pursuant to Local Rule 83.1 (#9) is **GRANTED,** and the Honorable Eric T. Schneiderman, Attorney General of the State of New York, by and through Mr. Carroll, is **ADMITTED** to practice before the Bar of this court in this particular case, representing herein the interests of the State of New York.

Signed: February 3, 2011

Dennis L. Howell
United States Magistrate Judge