# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10cv575

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Ex rel. **[Under Seal],** ) | |
| ) | |
| **Plaintiff-Relator,** ) | |
| ) | **SEALED** |
| Vs. ) | **ORDER** |
| ) | |
| **[Under Seal],** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the United States'[1] second Motion to Partially Unseal Case (#18). In accordance with 31, United States Code, Section 3703(b)(3), the government has shown that it needs leave to disclose the Complaint, disclosure statement, and any other relevant documents[2] to (1) the Federal Reserve Bank of New York and (2) the United States Court for the District of South Carolina.

---

[1] The government has made such motion on behalf of a number of states and the District of Columbia.

[2] The government first requests that it be allowed to disclose "the sealed complaint in the captioned action, any amended complaints, or a subset of information contained therein." Motion (#18), at 1. Later in the motion, the government states that is seeks leave to "furnish the complaint, disclosure statement and all other relevant documents . . . ." Id., at 2. The same inconsistency is reflected at pages one and five of the Memorandum in Support. (#19). The court will assume that the government intended the latter description as such is more inclusive.

As the government states in such motion that it will be filing similar motions in the future, it is respectfully requested to remedy such typographical error in future filings.

-1-

For cause, the government has shown that a similar action is pending in the District of South Carolina (which was filed by the relator herein) and that the Federal Reserve Bank of New York is conducting its own investigation of allegations similar to those made in this action. The government having shown good cause, and that the plaintiff-relator consents to the relief sought, the request will be allowed.

### ORDER

**IT IS, THEREFORE, ORDERED** that the United States' Motion to Partially Unseal Case (#18) is **GRANTED,** and the government, on behalf of the specified states and the District of Columbia on whose behalf it has brought the motion, is **GRANTED** leave to to disclose the Complaint, disclosure statement, and any other relevant documents, whether or not such documents are sealed, to (1) the Federal Reserve Bank of New York and (2) the United States Court for the District of South Carolina.

Signed: February 23, 2011

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff

-2-