UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

MAY 11 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS INDIANA, MASSACHUSETTS, MINNESOTA MONTANA, NEVADA, NEW HAMPSHIRE NEW JERSEY, NEW MEXICO, NEW YORK NORTH CAROLINA, RHODE ISLAND, VIRGINIA, the DISTRICT OF COLUMBIA, the CITY of CHICAGO, and the CITY of New York | ) ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs,** *Ex rel.* | ) FILED UNDER SEAL pursuant to ) 31 U.S.C. § 3730(b)(2) ) |
| LYNN E. SZYMONIAK, | ) C.A. No. 3:10 cv 575 ) |
| **Plaintiff-Relator,** v. ACE SECURITIES CORPORATION ALLY FINANCIAL INC. f/k/a GMAC INC. AURORA LOAN SERVICES LLC BANK OF AMERICA as successor-in-interest to COUNTRYWIDE FINANCIAL CORPORATION BAC HOME LOANS SERVICING, LLP BANC OF AMERICA MORTGAGE SECURITIES,INC. BAYVIEW LOAN SERVICING LLC CALIFORNIA RECONVEYANCE COMPANY CARRINGTON MORTGAGE SERVICES CHASE HOME FINANCE CITIMORTGAGE INC f/k/a CITI RESIDENTIAL LENDING, INC. f/k/a AMC MORTGAGE SERVICES INC DOCX, LLC; HOMEQ SERVICING CORPORATION d/b/a BARCLAYS CAPITAL REAL ESTATE, INC. HSBC MORTGAGE SERVICES INC. LENDER PROCESSING SERVICES, INC.; LITTON LOAN SERVICING NATIONWIDE TITLE CLEARING OCWEN LOAN SERVICING ONEWEST BANK ORION FINANCIAL GROUP | ) **RELATOR'S MOTION** ) **FOR LEAVE TO FILE** ) **SECOND AMENDED** ) **COMPLAINT** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PROMMIS SOLUTIONS                              )
SECURITIES CONNECTION, INC.                    )
SELECT PORTFOLIO SERVICES, INC.                )
VERICREST FINANCIAL INC.                       )
WELLS FARGO HOME MORTGAGE d/b/a                )
AMERICA'S SERVICING COMPANY                    )
JOHN DOES CORPORATIONS 1 THROUGH 100)
All whose true names are unknown               )
                                               )
                  **Defendants.**              )
                                               )

**RICHARD A. HARPOOTLIAN P.A.**
Richard A. Harpootlian, Esq.
1410 Laurel Street
Post Office Box 1090
Columbia, SC 29202
Telephone:   (803) 252-4848

**JANET, JENNER & SUGGS, LLC**
Howard Janet, Esq.
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
Telephone:   (410) 653-3200

**JANET, JENNER & SUGGS, LLC**
Kenneth M. Suggs, Esq.
500 Taylor Street
Columbia, SC 29201
Telephone:   (803) 726-0050

**JAMES, McELROY & DIEHL, P.A.**
William K. Diehl, Jr., Esq.
600 South College Street
Charlotte, NC 28202
Telephone:   (704) 372-9870

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer, Esq.
James J. Sabella, Esq.
Lydia Ferrarese, Esq.
485 Lexington Avenue
New York, NY 10017
Telephone:   (646) 722-8500

**GRANT & EISENHOFER P.A.**
Reuben Guttman, Esq.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:   (202) 386-9500

*Attorneys for Relator Lynn E. Szymoniak*

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Relator Lynn E. Szymoniak respectfully moves for leave to file a second amended complaint.[1] In support of said motion, Relator states as follows:

1.	This is a qui tam action filed pursuant to the federal False Claims Act and the false claims acts of the states and municipalities listed in the caption. The case is based on damages suffered by the United States and the aforementioned states and municipalities as a result of false statements and false claims made by the defendants in connection with the alleged assignment and transfer of notes and mortgages relating to residential real estate transactions. As alleged in the complaint, defendants purported to possess and own such notes and mortgages when they did not actually have such possession and ownership, and then when called upon to produce such notes and mortgage assignments created fraudulent documentation instead.

2.	The case was commenced with the filing under seal of the original complaint on or about November 12, 2010. Relator thereafter filed under seal a first amended complaint. Thereafter, this Court ordered that the seal be partially lifted so as to permit limited disclosure of portions of the first amended complaint to the defendants. The Government is in the process of making such disclosure to the defendants.

3.	Relator now moves to file a second amended complaint, which contains relatively few changes from the amended complaint. The factual allegations as to the underlying absence of notes and mortgage assignments and the fabrication of such documents by defendants remain the same. The purpose of the proposed amendment is to provide greater specificity with respect to the scope and nature of the damages suffered by the United States as a result of defendants' alleged conduct. Particularly in light of the fact that the complaint has been partially unsealed

---

[1] A copy of the proposed second amended complaint, blacklined to show the changes from the first amended complaint, is annexed to the Declaration of William K. Diehl, Jr., submitted herewith.

1

and is being provided to defendants, Relator submits that in fairness to the defendants, they should be provided additional clarity and specificity with respect to the scope and nature of the damages that, it is alleged, their conduct has caused to the United States.[2]

4. The Fourth Circuit has "repeatedly held that leave to amend under Fed. R. Civ. P. 15(a) '"shall be freely given when justice so requires"' and that '[i]f the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits,' and that '[i]n the absence of any apparent or declared reason such as undue delay, bad faith or dilatory motive ... the leave ... should' be 'freely given.'" *Island Creek Coal Co. v. Lake Shore, Inc.*, 832 F.2d 274, 279 (4th Cir. 1987) (citing *Smith v. Town of Clarkton, N.C.*, 682 F.2d 1055, 1059 (4th Cir. 1982), and *Johnson v. Oroweat Foods Co.*, 785 F.2d 503, 509 (4th Cir. 1986)); *see Foman v. Davis*, 371 U.S. 178, 182 (1962). In exercising its discretion to grant or deny leave to amend, the Court should focus "on prejudice or futility or bad faith as the only legitimate concerns in denying leave to amend, since only these truly relate to protection of the judicial system or other litigants." *Davis v. Piper Aircraft Co.*, 615 F.2d 606, 613 (4th Cir. 1980). "Leave should be freely given to allow amendment for the purpose of presenting the real issues of the case, where the moving party has not exercised bad faith and is not acting to delay the disposition of the case, where the opposing party would not be prejudiced, and when unnecessary delay will not result if the motion to amend is granted." *Medoil Corp. v. Clark*, 753 F. Supp. 592, 596 (W.D.N.C. 1990).

5. In particular, courts routinely grant leave to amend where, as here, the purpose of the amendment is to provide "a more particular pleading of the damages plaintiff incurred as a

---

[2] The only other substantive change in the proposed second amended complaint is that the State of Oklahoma is deleted as a plaintiff, because it appears that its false claims statute is narrow and would not cover the conduct alleged in this case.

2

result of defendants' actions." *General Security, Inc. v. APX Alarm Security Solutions, Inc.*, 647 F. Supp. 2d 207, 212 (N.D.N.Y. 2009); see *Heinhold Commodities, Inc. v. N.Y. Mercantile Exchange*, 78 F.R.D. 190, 192 (S.D.N.Y. 1978) ("Plaintiff may amend its complaint to change its theory of recovery ... or to seek additional damages"); *cf. Medoil*, 753 F. Supp. at 596 ("The clearest cases for leave to amend are correction of an insufficient claim or defense and *clarification of previously alleged claims*") (emphasis added).

6. There is no conceivable prejudice or bad faith involved in this proposed amendment. The amendment merely describes in greater detail the nature of the damages suffered by the United States as a result of defendants' alleged conduct. It does not change the allegations relating to the underlying conduct itself. Given that the case is in its very early stages – indeed, there really have not been any proceedings at all involving the defendants – defendants will not be prejudiced by the amendment. To the contrary, the amendment provides defendants with greater information regarding the damages to which they are exposed.

WHEREFORE, Relator respectfully requests that her motion for leave to file a second amended complaint be granted.

Dated:   May 11, 2011                                    Respectfully submitted,

**RICHARD A. HARPOOTLIAN P.A.**                          **JAMES, McELROY & DIEHL, P.A.**
Richard A. Harpootlian, Esq.                             William K. Diehl, Jr., Esq.
1410 Laurel Street                                       600 South College Street
Post Office Box 1090                                     Charlotte, NC 28202
Columbia, SC 29202                                       Telephone:   (704) 372-9870
Telephone:   (803) 252-4848

**JANET, JENNER & SUGGS, LLC**                           **GRANT & EISENHOFER P.A.**
Howard Janet, Esq.                                       Jay W. Eisenhofer, Esq.
Woodholme Center                                         James J. Sabella, Esq.
1829 Reisterstown Road, Suite 320                        Lydia Ferrarese, Esq.
Baltimore, MD 21208                                      485 Lexington Avenue
Telephone:   (410) 653-3200                              New York, NY 10017

3

|  |  |
|---|---|
|  | Telephone:   (646) 722-8500 |
| **JANET, JENNER & SUGGS, LLC**<br>Kenneth M. Suggs, Esq.<br>500 Taylor Street<br>Columbia, SC 29201<br>Telephone:   (803) 726-0050 | **GRANT & EISENHOFER P.A.**<br>Reuben Guttman, Esq.<br>1920 L Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone:   (202) 386-9500 |

*Attorneys for Relator Lynn E. Szymoniak*

4

## CERTIFICATE OF SERVICE

On May 11, 2011, I hereby certify that a copy of the Relator's Motion for Leave to file Second Amended Complaint, Filed Under Seal (file stamped) will be served promptly on the persons listed below after Relator's Counsel receives a file-stamped copy of such document from the Clerk's Office and in accordance with the Federal False Claims Act, the State False Claims Acts, and Fed R. Civ. P. 4.

William K. Diehl, Jr., NC State Bar # 1187
**James McElroy & Diehl, PA**
600 South College Street
Charlotte, North Carolina 28202
704-372-9870 (telephone)
704-333-5508 (facsimile)
BDiehl@jmdlaw.com (email)

**VIA FIRST CLASS MAIL**
**RETURN RECEIPT REQUESTED**

United States Attorney General Eric H. Holder
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC  20530

United States Attorney General Eric H. Holder
c/o Ms. Joyce R. Branda
Deputy Director
Commercial Litigation Branch
Civil Fraud
U.S. Department of Justice
601 D Street, NW
Washington, DC  20530
(202) 307-0231
(202) 616-3085

5

Inspector General Daniel R. Levinson
Office of the Inspector General
Office of Public Affairs
Department of Health
    and Human Services
Room 5541 Cohen Building
330 Independence Avenue, SW
Washington, DC 20201
(202) 619-1343
(202) 260-8512 (fax)
pafairs@oig.hhs.gov

Attorney General Edmund G. Brown, Jr.
Office of the Attorney General
1300 "I" Street
Sacramento, CA 94244-2550
(916) 445-9555

Attorney General Bill McCollum
Office of the Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050
(850) 414-3300
(487) 487-9475 (fax)
Ag.mccollum@myfloridalegal.com

Attorney General Mark J. Bennett
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1500
(808) 586-1239 (fax)

Mara S. Georges, Corporation Counsel
City of Chicago, Law Department
121 North LaSalle Street, Room 600
Chicago, IL 60602
(312) 744-0220
(312) 744-8538 (fax)

André Birotte, Jr.
United States Attorney
c/o George S. Cardona
First Assistant United States Attorney
Central District of California
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
(213) 894-6947

Ms. Carlotta R. Hivoral
California Department of Justice
Bureau of Medi-Cal Fraud
    and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

Attorney General Joseph R. Biden, III
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
(302) 577-8400
(302) 577-2496 (fax)
Attorney.General@State.DE.US

Ms. Alex Sink, Chief Financial Officer
c/o Pete Dunbar
Division of Legal Services
Florida Department of
    Financial Services
200 East Gaines Street
Tallahassee, FL 32399
(850) 513-3110
(850) 413-7460 (fax)

Miguel del Valle, City Clerk
City of Chicago
121 North LaSalle Street, Room 107
Chicago, IL 60602
(312) 742-5375
cityclerk@cityofchicago.org

6

Attorney General Greg Zoeller
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204
(317) 232-6201
(317) 232-7979 (fax)
constituent@atg.in.gov

Allen Pope, Director, MFCU
Medicaid Fraud Control Unit of Indiana
Office of the Attorney General
8005 Castleway Drive
Indianapolis, IN 46250-1946
(317) 915-5300

Attorney General Lori Swanson
Office of the Minnesota Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101
(651) 296-3353

Attorney General Catherine Cortez Masto
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701
(775) 684-1100
(775) 684-1108 (fax)

Attorney General Paula T. Dow
Office of the Attorney General
25 Market Street
Trenton, NJ 08625-0080
(609) 292-4925
(609) 292-3508 (fax)

Attorney General Andrew M. Cuomo
Office of the Attorney General
The Capitol
Albany, NY 12224-0341
(800) 771-7755
serveAG@oag.state.ny.us

Attorney General Lisa Madigan
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601
(312) 814-3000
(312) 814-3806 (fax)

David O. Thomas
Inspector General of Indiana
315 West Ohio St., Room 104
Indianapolis, IN 46204
(317) 232-3850

Attorney General Martha Coakley
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200
(617) 727-3251 (fax)

Attorney General Steve Bullock
Department of Justice
215 North Sanders Street
Helena, MT 59620-1401
(406) 461-1264
steve@stevebullock.com

Attorney General Michael Delaney
33 Capitol Street
Concord, NH 03301
(603) 271-3658
(603) 271-2110 (fax)

Attorney General Gary King
408 Galisteo Street, Villagra Building
Santa Fe, NM 87501
(505) 827-6000
(505) 827-5826 (fax)

New York City Office – Law Department
120 Broadway
New York, NY  10271
(212) 416-8000

Attorney General W. A.
     Drew Edmondson
313 NE 21st Street
Oklahoma City, OK  73105
(405) 521-3921

Attorney General Patrick C. Lynch
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400

Attorney General Kenneth T. Cuccinelli
Office of the Attorney General
900 East Main Street
Richmond, VA  23219
804-786-2071

Attorney General Roy Cooper
North Carolina Department of Justice
Legal Services Department
Post Office Box 629
Raleigh, NC  27602
(919) 716-6400
(919) 716-6750 (fax)

U.S. Attorney Anne M. Tompkins
U.S. Attorney's Office for the Western
     District of North Carolina
United States Attorney's Office
227 West Trade Street,
Suite 1650
Charlotte NC  28202

Zachary E. Timko
Special Agent
US Food and Drug Administration
Office of Criminal Investigations
201 Avenida Fabricante, Suite 200
San Clemente, CA  92672

Attorney General Irvin B. Nathan
Office of the Attorney General
441 4th Street, NW
Washington, DC  20001
(202) 727-3400
(202) 347-8922 (fax)