UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-cv-575–RJC–DLH

| | |
|---|---|
| U.S. EX REL. [UNDER SEAL],  )<br>        )<br>    Plaintiff,  )<br>        )<br>v.      )<br>        )<br>[UNDER SEAL]   )<br>        )<br>    Defendants.  )<br>        )<br>        )<br>_____ ) | **SEALED ORDER** |

    **THIS MATTER** comes before the Court upon the United States' Fourth Motion to Partially Unseal Case (Doc. No. 31) and supporting memorandum (Doc. No. 32).  For the reasons stated in the motion and accompanying memorandum, and for good cause shown, this Motion will be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that:

1. The United States' Fourth Motion to Partially Unseal Case (Doc. No. 31) for the limited purpose of allowing Defendant Litton Loan Servicing, Inc. to disclose the Second Amended Complaint as redacted to Ocwen Loan Servicing and its parent, Ocwen Financial Corp., along with their representatives, counselor other persons necessary to the Defendants' consummation of this transaction, subject to the last paragraph herein, is hereby **GRANTED.**

2. The Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by the Court.

3. Dissemination of the Redacted Amended Complaint shall be limited to counsel and one

representative of Ocwen Loan Servicing, Inc., and counsel and one representative of Ocwen Financial Corp. Whoever reads the redacted Complaint shall sign a certification that he or she will not share the Complaint with other individuals or entities. The certificates shall be addressed to Assistant United States Attorney Donald H. Caldwell, Jr., Office of the United States Attorney, 227 West Trade Street, Suite 1650, Charlotte, North Carolina 28202.

Signed: August 22, 2011

Robert J. Conrad, Jr.
Chief United States District Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff