## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10-cv-575-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, the ) <br> States of CALIFORNIA, DELAWARE, ) <br> FLORIDA, HAWAII, ILLINOIS, ) <br> INDIANA, MASSACHUSETTS, ) <br> MINNESOTA, MONTANA, NEVADA, ) <br> NEW HAMPSHIRE, NEW JERSEY, ) <br> NEW MEXICO, NEW YORK, ) <br> NORTH CAROLINA, ) <br> RHODE ISLAND, VIRGINIA, ) <br> the DISTRICT OF COLUMBIA, ) <br> the CITY of CHICAGO, and ) <br> the CITY of NEW YORK, ) <br> ex rel. Lynn E. Szymoniak, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) | **ORDER** |

v.  )
    )
ACE SECURITIES CORPORATION;  )
ALLY FINANCIAL INC. f/k/a GMAC INC.;  )
AURORA LOAN SERVICES LLC;  )
BANK OF AMERICA as successor-in-interest to )
COUNTRYWIDE FINANCIAL  )         [FILED UNDER SEAL
CORPORATION;  )                  PURSUANT TO
BAC HOME LOANS SERVICING, LLP;  )  31 U.S.C. § 3730(B)(2)]
BANC OF AMERICA MORTGAGE  )
SECURITIES, INC.;  )
BAYVIEW LOAN SERVICING LLC;  )
CALIFORNIA RECONVEYANCE COMPANY;)
CARRINGTON MORTGAGE SERVICES;  )
CHASE HOME FINANCE;  )
CITIMORTGAGE INC f/k/a CITI  )
RESIDENTIAL LENDING, INC. f/k/a AMC  )
MORTGAGE SERVICES INC;  )
DOCX, LLC;  )
HOMEQ SERVICING CORPORATION d/b/a  )
BARCLAYS CAPITAL REAL ESTATE, INC.;  )
HSBC MORTGAGE SERVICES INC.;  )
LENDER PROCESSING SERVICES, INC.;  )
LITTON LOAN SERVICING;  )

| | |
|---|---|
| NATIONWIDE TITLE CLEARING; | ) |
| OCWEN LOAN SERVICING; | ) |
| ONEWEST BANK; | ) |
| ORION FINANCIAL GROUP; | ) |
| PROMMIS SOLUTIONS; | ) |
| SECURITIES CONNECTION, INC.; | ) |
| SELECT PORTFOLIO SERVICES, INC.; | ) |
| VERICREST FINANCIAL INC.; | ) |
| WELLS FARGO HOME MORTGAGE d/b/a | ) |
| AMERICA'S SERVICING COMPANY; | ) |
| JOHN DOES CORPORATIONS 1 | ) |
| THROUGH 100; | ) |
| All whose true names are unknown | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** comes before the Court upon the *Ex-Parte* Motion of the United States for a Partial Lift of the *Qui Tam* Seal, and the Memorandum submitted in support of that Motion, (Doc. No. 38). For the reasons stated in the motion and accompanying memorandum, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS, THEREFORE, ORDERED** that:

(1) the seal is partially lifted solely for the purpose of allowing the United States, in its discretion, in connection with any the related global Settlement, to disclose to the public:

(a) the existence and/or contents of the *qui tam* complaint as they relate to: (1) Ally Financial, Inc., f/k/a GMAC, Inc.; (2) Bank of America, as successor in interest to Countrywide Financial Corporation; (3) BAC Home Loan Servicing, LP; (4) Banc of America Mortgage Securities, Inc.; (5) Citimortgage, Inc., Citi Residential Lending, Inc., AMC Mortgage; (6) Chase Home

Finance; and (7) Wells Fargo Home Mortgage, d/b/a America's Servicing Company (the Settling Defendants);

      (b)      the names of, and the claims against, the Settling Defendants;

      (c)      the name of the relator; and,

      (d)      a redacted copy of the Second Amended Complaint, which protects the identities of the non-settling defendants.

(2) except as provided in paragraph (1), above, or as provided in the Court's prior orders regarding the seal, the Complaint and all other filings in this matter shall remain under seal until further order of the Court.

Signed: February 17, 2012

Robert J. Conrad, Jr.
Chief United States District Judge