UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-575-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* LYNN E. SZYMONIAK, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>[SEALED], et al., )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** comes before the Court upon the United States' Stipulation of Partial Dismissal of Claims, (Doc. No. 40), filed on May 3, 2012.

Pursuant 31 U.S.C. § 3730(b)(1), and Federal Rule of Civil Procedure 41(a)(1)(A), with the agreement of the parties, having considered the stipulated submission of the Relator and the United States, and good cause having been show, it is **ORDERED** that:

The claims of the United States and Lynn E. Szymoniak against: (1) Ally Financial, Inc. f/k/a GMAC, Inc.; (2) Bank of America as successor-in-interest to Countrywide Financial Corporation; (3) BAC Home Loan Servicing, LLP; (4) Banc of America Mortgage Securities, Inc.; (5) Chase Home Finance; (6) Citimortgage, Inc.; and (7) Wells Fargo Home Mortgage d/b/a America's Servicing Company, that are the same as the claims released by the United States in the five Consent Judgments entered by the United States District Court for the District of Columbia on April 4, 2012, in *United States v. Bank of America et al.*, 1:12-CV-0361-RMC (D.D.C.) (Docket Nos. 10 to 14), are hereby dismissed with prejudice;

Pursuant 31 U.S.C. § 3730(b), the Court gives consent to the Stipulation of Partial Dismissal of Claims, (Doc. No. 40), based on the settlement described in the Government's Memorandum in Support, (Doc. No. 40-1);

Any claims Relator has to costs and attorney fees pursuant to 31 U.S.C. § 3730(d) are reserved and not resolved by this order; and

The seal is partially lifted to allow this order to be made available to the public by the United States, the Relator or the settling defendants, but as provided in prior orders of the Court, this matter shall otherwise remain under seal.

Signed: May 3, 2012

Robert J. Conrad, Jr.
Chief United States District Judge