IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv575

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Ex rel. [Under Seal], )<br>         )<br>      Plaintiff-Relator, )<br>         )<br>         )<br>v. )<br>         )<br>[Under Seal], )<br>         )<br>      Defendants. )<br>_____ ) | **SEALED**<br>**ORDER** |

Pending before the Court is the Motion for Admission [# 43]. A Deputy Attorney General for the State of California moves for admission to practice before this Court pursuant to Local Rule 83.1(C). Deputy Attorney General Frederick W. Acker represents the State of California in this matter and is a member in good standing of the bar of the United States District Court for the Northern District of California. Accordingly, the Court **GRANTS** the motion [# 43]. Attorney Frederick W. Acker shall be admitted to practice in this Court while representing the State of California in this action and need not associate with local counsel or pay an attorney admission fee. See LCvR 83.1(C).

Signed: June 11, 2012

Dennis L. Howell
United States Magistrate Judge 

SEALED DOCUMENT with access to Specified Parties/Plaintiff