IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States Of America,<br>*ex rel.* Lynn E. Szymoniak,<br><br>Plaintiffs,<br>vs.<br><br>ACE Securities Corp.; Ally Financial, Inc., f/k/a GMAC Inc.; Aurora Loan Services, LLC; Bank of America, as successor-in-interest to Countrywide Financial Corp.; BAC Home Loans Servicing, LLP; Banc of America Mortgage Securities, Inc.; Bayview Loan Servicing LLC; California Reconveyance Co.; Carrington Mortgage Services; Chase Home Finance LLC; CitiMortgage Inc. f/k/a Citi Residential Lending Inc., f/k/a AMC Mortgage Services Inc.; HomEq Servicing Corp., d/b/a Barclays Capital Real Estate, Inc.; HSBC Mortgage Services Inc.; Litton Loan Servicing LP; Nationwide Title Clearing Inc.; Ocwen Loan Servicing; OneWest Bank; Orion Financial Group, Inc.; Prommis Solutions, LLC; Securities Connection, Inc.; Select Portfolio Services, Inc.; Vericrest Financial, Inc.; Wells Fargo Home Mortgage, d/b/a America's Servicing Co.; DocX LLC; and Lender Processing Services, Inc.,<br><br>Defendants. | C/A No. 0:13-cv-00464-JFA<br><br><br>**ORDER** |

As stated at the hearing on April 28, 2014, the court will file a written order stating its reasons for its rulings in this case. Docket entries 342 and 343 were improvidently issued and are hereby vacated. The motion for reconsideration filed by the plaintiff, ECF No. 345, is denied without prejudice, with leave to refile once this court issues a written order.

IT IS SO ORDERED.

May 8, 2014                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge